SWORD v. STATE OF N.C. DEPT. OF TRANSPORTATION

No. 42P96

Case below: 121 N.C.App. 213

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.

TAYLOR v. COLLINS

No. 402P95

Case below: 342 N.C.196

120 N.C.App. 202

Motion by plaintiff for reconsideration of petition for discretionary review dismissed 8 February 1996.

THOMPSON v. SOUTHWESTERN FREIGHT CARRIERS

No. 537P95

Case below: 120 N.C.App. 884

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.

TOWER DEVELOPMENT PARTNERS v. ZELL

No. 432PA95

Case below: 120 N.C.App. 136

Petition by defendant (Samuel Zell) for discretionary review pursuant to G.S. 7A-31 allowed 8 February 1996.

TRIPP v. PERDUE FARMS, INC.

No. 486P95

Case below: 120 N.C.App. 644

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.